IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO. H-00-286-02 |
| | § | |
| WORRELL INGRAM, | § | (Civil Action No. H-04-4342) |
| | § | |

**FINAL JUDGMENT**

For all the reasons set forth in the Court's *Memorandum and Order* of even date, it is **ORDERED** that the defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Criminal Docket No. 261) is **DENIED**.

This is a **FINAL JUDGMENT** in Civil Action No. H-04-4342.

SIGNED at Houston, Texas, on **July 29, 2005**.

_____
Nancy F. Atlas
United States District Judge